UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JEFFREY JUSTICE, derivatively on behalf of Nominal Defendant BIGBEAR.AI HOLDINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> KEVIN MCALEENAN, PETER CANNITO, SEAN BATTLE, PAMELA BRADEN, PAUL FULCHINO, JEFFREY HART, DOROTHY D. HAYES, KIRK KONERT, AMANDA LONG, LOUIS R. BROTHERS, RALUCA DINU, RAANAN I. HOROWITZ, AVI KATZ, JULIE A. PEFFER, and JOSHUA KINLEY, <br><br> Defendants, <br><br> and <br><br> BIGBEAR.AI HOLDINGS, INC., <br><br> Nominal Defendant. | Case No. 1:25-cv-00710-PTG-WEF |

*[Caption continued on next page]*

| | |
|---|---|
| TRINITY LAUGA, Derivatively on Behalf of Nominal Defendant BIGBEAR.AI HOLDINGS, INC., <br><br>     Plaintiff, <br><br>  v. <br><br> KEVIN MCALEENAN, LOUIS R. BROTHERS, AMANDA LONG, JOSHUA KINLEY, JULIE A. PEFFER, SEAN BATTLE, PAMLA BRADEN, PETER CANNITO, RALUCA DINU, PAUL FULCHINO, JEFFREY HART, DOROTHY D. HAYES, RANAAN I. HOROWITZ, AVI KATZ, and KIRK KONERT, <br><br>     Defendants, <br><br>  and <br><br> BIGBEAR.AI HOLDINGS, INC., <br><br>     Nominal Defendant. | Case No. 1:25-cv-01128 |

### STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED SHAREHOLDER DERIVATIVE ACTIONS AND APPOINTING CO-LEAD COUNSEL FOR PLAINTIFFS

Plaintiffs in the above-captioned cases, Jeffrey Justice ("Plaintiff Justice") and Trinity Lauga ("Plaintiff Lauga," and together with Plaintiff Justice, the "Plaintiffs"), defendants Kevin McAleenan ("McAleenan"), Louis R. Brothers ("Brothers"), Amanda Long ("Long"), Joshua Kinley ("Kinley"), Julie A. Peffer ("Peffer"), Sean Battle ("Battle"), Pamela Braden ("Braden"), Peter Cannito ("Cannito"), Raluca Dinu ("Dinu"), Paul Fulchino ("Fulchino"), Jeffrey Hart ("Hart"), Dorothy D. Hayes ("Hayes"), Ranaan I. Horowitz ("Horowitz"), Avid Katz ("Katz"), and Kirk Konert ("Konert") (collectively, the "Individual Defendants"), and nominal defendant

BigBear.ai Holdings, Inc. ("BigBear" or the "Company" and, with the Individual Defendants, "Defendants," and Defendants with the Plaintiffs, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on April 24, 2025, Plaintiff Justice filed a verified shareholder derivative complaint on behalf of nominal defendant BigBear in this Court against the Individual Defendants alleging causes of action for breach of fiduciary duty, aiding and abetting breach of fiduciary duty, unjust enrichment, and waste of corporate assets, captioned *Justice v. McAleenan et al.*, No. 1:25-cv-00710-PTG-WEF (the "*Justice* Action");

WHEREAS, on July 8, 2025, Plaintiff Lauga filed a verified shareholder derivative complaint on behalf of nominal defendant BigBear in this Court against the Individual Defendants alleging causes of action for breach of fiduciary duty, unjust enrichment, abuse of control, gross mismanagement, waste of corporate assets, violations of Section 14(a) of the Securities Exchange Act of 1934 (the "Exchange Act"), and against Defendant McAleenan, Brothers, Long, Kinley, and Peffer for contribution under Sections 10(b) and 21D of the Exchange Act, captioned *Lauga v. McAleenan et al.*, No. 1:25-cv-01128 (the "*Lauga* Action" and, with the *Justice* Action, the "Related Derivative Actions");

WHEREAS, under Fed. R. Civ. P. 42(a), when actions involve "a common question of law or fact," the Court may "(1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay";

WHEREAS, the Parties agree that the Related Derivative Actions challenge substantially similar alleged conduct and involve overlapping questions of law and fact, and that the administration of justice would best be served by consolidating the Related Derivative Actions;

WHEREAS, the Parties therefore respectfully submit that consolidation of the Related

Derivative Actions under Fed. R. Civ. P. 42(a) is appropriate;

WHEREAS, to avoid potentially duplicative actions and to prevent any waste of the Court's and the Parties' resources, the Parties agree that the Related Derivative Actions should be consolidated for all purposes, including pre-trial proceedings and trial, into a single consolidated action under Lead Case No. 1:25-cv-00710-PTG-WEF, (hereinafter referred to as the "Consolidated Action");

WHEREAS, in order to realize the efficiencies made possible by consolidation of the Related Derivative Actions, Plaintiffs agree that Rigrodsky Law, P.A. and The Brown Law Firm, P.C.[1] shall be designated as Co-Lead Counsel for plaintiffs in the Consolidated Action;

WHEREAS, Defendants agree that the Related Derivative Actions should be consolidated and take no position regarding the appointment of Co-Lead Counsel for plaintiffs; and

IT IS HEREBY STIPULATED AND AGREED among the Parties, and respectfully submitted for the Court's approval, to consolidate the Related Derivative Actions and appoint Co-Lead Counsel for plaintiffs in the Consolidated Action pursuant to the following terms:

1. To the extent they have not already been served, Defendants hereby accept service of the complaints in the Related Derivative Actions.

2. The Parties shall have sixty (60) days from the date that the Court enters an order approving this Stipulation to meet and confer and submit a proposed schedule to the Court, and Defendants are not required to respond to the complaints in the Related Derivative Actions until the deadline set forth in the Court's order on the Parties' proposed schedule.

3. The Related Derivative Actions are hereby consolidated for all purposes, including

---

[1] Attached hereto as Exhibits A and B are the firm resumes of Rigrodsky Law, P.A. and The Brown Law Firm, P.C., respectively.

pre-trial proceedings and trial, under Lead Case No. 1:25-cv-00710-PTG-WEF:

| Case Name | Case Number | Date Filed |
|---|---|---|
| *Justice v. McAleenan et al.* | 1:25-cv-00710-PTG-WEF | April 24, 2025 |
| *Lauga v. McAleenan et al.* | 1:25-cv-01128 | July 8, 2025 |

4.  Every pleading filed in the Consolidated Action, or in any separate action included herein, must bear the following caption:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| IN RE BIGBEAR.AI HOLDINGS, INC. SHAREHOLDER DERIVATIVE LITIGATION | Lead Case No. 1:25-cv-00710-PTG-WEF<br><br>(Consolidated) |
| This Document Relates to:<br><br>ALL ACTIONS | |

5.  All papers filed in connection with the Consolidated Action will be maintained in one file under Lead Case No. 1:25-cv-00710-PTG-WEF. All documents previously filed and/or served in the Related Derivative Actions shall be deemed part of the record in the Consolidated Action.

6.  Co-Lead Counsel for plaintiffs in the Consolidated Action shall be:

**RIGRODSKY LAW, P.A.**
Timothy J. MacFall
Samir Aougab
825 East Gate Boulevard, Suite 300
Garden City, NY 11530
Telephone: (516) 683-3516
Facsimile: (302) 654-7530
Email: tjm@rl-legal.com
Email: sa@rl-legal.com

**THE BROWN LAW FIRM, P.C.**
Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

7. Plaintiffs' Co-Lead Counsel shall have the sole authority to speak for plaintiffs in all matters regarding pre-trial procedure, trial, and settlement negotiations and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

8. Co-Lead Counsel will be responsible for coordinating all activities and appearances on behalf of plaintiffs. No motion, request for discovery, or other pre-trial or trial proceedings will be initiated or filed by any plaintiffs except through Co-Lead Counsel.

9. Counsel for all Defendants may rely upon all agreements made with Co-Lead Counsel, or other duly authorized representatives of Co-Lead Counsel, and such agreements shall be binding on all plaintiffs.

10. This Order shall apply to each related purported shareholder derivative action involving the same or substantially the same allegations, claims, and defendants, and arising out of the same, or substantially the same, transactions or occurrences as the Consolidated Action, that is subsequently filed in, removed to, reassigned to, or transferred to this Court. When a shareholder derivative action that properly belongs as part of *In re BigBear.ai Holdings, Inc. Shareholder Derivative Litigation*, Lead Case No. 1:25-cv-00710-PTG-WEF, is hereafter filed in this Court, removed to this Court, reassigned to this Court, or transferred to this Court from another court, this Court requests the assistance of counsel in calling to the attention of the clerk of the Court the filing, removal, reassignment, or transfer of any case that might properly be consolidated as part

of *In re BigBear.ai Holdings, Inc. Shareholder Derivative Litigation,* Lead Case No. 1:25-cv-00710-PTG-WEF, and counsel for the Parties are to assist in assuring that counsel in subsequent actions receive notice of this Order. Unless otherwise ordered, the terms of all orders, rulings, and decisions in the Consolidated Action shall apply to all later shareholder derivative actions involving BigBear filed in this Court, removed to this Court, reassigned to this Court, or transferred to this Court from another court, which actions shall be consolidated into the Consolidated Action.

11. This Stipulation is without waiver or prejudice to any and all claims, defenses, arguments, motions, or any requests for other relief that would otherwise be available to the Parties in the Related Derivative Actions.

**IT IS SO STIPULATED.**

DATED: July 18, 2025

Respectfully submitted,

**SPIRO & BROWNE, PLC**

*/s/ David G. Browne*
David G. Browne (VSB No. 65306)
2400 Old Brick Road
Glen Allen, VA 23060
Telephone: (804) 573-9220
Facsimile:  (804) 836-1855
Email: dbrowne@sblawva.com

*Local Counsel for Plaintiffs*

**RIGRODSKY LAW, P.A.**
Timothy J. MacFall
Samir Aougab
825 East Gate Boulevard, Suite 300
Garden City, NY 11530
Telephone: (516) 683-3516
Facsimile: (302) 654-7530
Email: tjm@rl-legal.com
Email: sa@rl-legal.com

*Counsel for Plaintiff Jeffrey Justice and [Proposed] Co-Lead Counsel*

DATED: July 18, 2025

**THE BROWN LAW FIRM, P.C.**
Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

*Counsel for Plaintiff Trinity Lauga and [Proposed] Co-Lead Counsel*

**GRABAR LAW OFFICE**
Joshua H. Grabar
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (267) 507-6085
Email: jgrabar@grabarlaw.com

*Additional Counsel for Plaintiff Jeffrey Justice*

**LATHAM & WATKINS LLP**

*/s/ Laura E. Bladow*
Laura E. Bladow (VSB No. 93395)
Stephen Nasko
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
Email: laura.bladow@lw.com
Email: stephen.nasko@lw.com

Colleen C. Smith
Katherine E. Bruce
12670 High Bluff Drive
San Diego, CA 92130
Telephone: (858) 523-5400
Facsimile: (858) 523-5450
Email: colleen.smith@lw.com
Email: kathy.bruce@lw.com

*Counsel for Defendants*

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____                    _____
                                            The Honorable Patricia Tolliver Giles